958 F.2d 363
 Keller (John)
v.
Streily (Michael W., Esq.), Scorzak (Daniel), Bartko
(Michael D., Esq.), Deramo (Joan), Nagel (Cecilia), Canter
(Louise S.), McKelvy (Ann), Agosti (Janet E.), Feidt
(Patricia L.), Gigliotti (Mary Ann), Abram (Carolyn),
Schweitzer (Dorothy M.), Ott (Diane L.), Gronholm (Richard
A.), Davis (Flora E.)
 NO. 91-3663
 United States Court of Appeals,
Third Circuit.
 Feb 12, 1992
 
 Appeal From: W.D.Pa.,
 Ziegler, J.
 
 
 1
 AFFIRMED.